IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHNNY FIELDS | § | |
| Plaintiff, | § § § | |
| VS. | § | NO. 3-10-CV-1365-M |
| THOMAS COREA, ET AL. | § § § | |
| Defendants. | § § | |

## ORDER

After reviewing all relevant matters of record in this case, including the Findings and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SO ORDERED this 14th day of September, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS